**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

212.634.3033 direct
kpuvalowski@sheppardmullin.com

July 14, 2014

<u>Via ECF</u>

Hon. David E. Peebles
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY 13261-7345

      Re:    <u>BSC Associates, LLC v. Leidos, Inc.</u>
              Case No. 3:14-cv-645 (MAD/DEP)

Dear Judge Peebles:

      We represent defendant Leidos, Inc. ("Defendant") in the above-referenced matter, and we write, with plaintiff BSC Associates, LLC's ("Plaintiff") consent, regarding the General Order No. 25 Filing Order, dated June 4, 2014 (the "Order"), and the scheduling deadlines set forth therein.

      Pursuant to the Order, the initial status and scheduling conference in this action is set for August 8, 2014, with various scheduling deadlines set prior to that conference. Meanwhile, Defendant has submitted a motion to dismiss or in the alternative to compel arbitration, dated June 6, 2014 (the "Motion"), which is fully briefed and is pending before the Court. The Motion seeks dismissal of all of the claims in the action because Plaintiff has no right to enforce the agreement that is the subject of the action and therefore lacks standing. In the alternative, the Motion seeks to compel arbitration of all of the claims in the action because, should Plaintiff be found to have any rights in the agreement in dispute, any claims arising out of that agreement would be subject to arbitration. Therefore, should the Motion be granted on either ground, this Court would be divested of jurisdiction to hear this action.

      As a result, we respectfully request, with Plaintiff's consent, that the scheduling deadlines, including the initial conference, be stayed until a decision on the Motion is rendered.

                                  Respectfully submitted,

                                  /Kevin R. Puvalowski

              for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:    Albert J. Millus, Jr. (via ECF)